IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CORDOBA, | No. C 10-01555 SBA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| WARDEN KATHLEEN L. DICKINSON, | |
| Defendant. | |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis.

The acts complained of occurred at the California Medical Facility in Solano County, which is located in the Eastern District of California, and it appears that the Defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: 11/1/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Cordoba1555.transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CORDOBA,

        Plaintiff,

v.

KATHLEEN L. DICKINSON et al,

        Defendant.
                                         /

Case Number: CV10-01555 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Cordoba C-49732
California State Prison - San Quentin
San Quentin, CA 94974

Dated: November 1, 2010

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Cordoba1555.transfer.wpd

                                                                      2