IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM CORDOBA,

      Plaintiff,                      No. CIV S-10-2944 DAD P

   vs.

KATHLEEN L. DICKINSON, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Defendants Viera and Rivers have filed a motion for leave to take plaintiff's deposition via video-conference. Pursuant to Federal Rule of Civil Procedure 30(b)(4), the court will grant defendants' motion. Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' motion for leave to conduct plaintiff's deposition via video-conference (Doc. No. 27) is granted; and

        2. Nothing in this order shall be interpreted as requiring any state penal institution to obtain video-conferencing equipment if it is not already available.

DATED: September 28, 2011.

DAD:9
cord2944.depo

                                                                       */s/ Dale A. Drozd*
                                                    DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE