IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM CORDOBA,

    Plaintiff,                    No. CIV S-10-2944 DAD P

    vs.

KATHLEEN L. DICKINSON, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a request for entry of default against defendant Rivers pursuant to Fed. R. Civ. P. 55(a).  On September 1, 2011, defendant Rivers filed an answer to plaintiff's amended complaint.  The defendant's answer was filed well within sixty days of July 19, 2011, as required by the waiver of service of summons.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for entry of default (Doc. No. 20) is denied.

DATED: October 5, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cord2944.defd

1